I-Che Lai
501 Forest Avenue, # 606
Palo Alto, CA 94301

October 22, 2007

The Honorable Robert N. Chatigny
Chief United States District Judge
United States District Court for the District of Connecticut
450 Main Street
Hartford, Connecticut 06103

06CR4 (RNC)

Dear Chief Judge Chatigny:

I was a defendant in a criminal copyright infringement case that Your Honor had presided over. Even though the federal sentencing guidelines prescribed imprisonment, Your Honor sentenced me to three-year probation. While my sentencing hearing may have been ordinary in light of Your Honor's duties, it was of great importance to me. I will always remember it. Your Honor's sentence allowed me to resume my life without a great interruption.

I have recently completed my community service requirement, but I plan to continue my community services. I have also taken the California bar exam in July, and I hope that the Bar Examiners will give see me as morally fit for the bar.

It is said that those who suffered a loss will do everything they can to avoid a future loss. In my case, I have suffered great losses. I have lost my family's pride in me. I have lost rights. I have lost opportunities. I have lost control over my life.

Now, I will do everything I can to make and do things right because I will not allow another loss. In the end, I hope that my contribution to society will far outweigh what I had taken from it.

I want to thank Your Honor for giving me a second chance. I will not let Your Honor and society down again.

Sincerely yours,

I-Che Lai

*Margin annotation:* October 31, 2007. The Clerk will file this letter. So ordered. Robert N. Chatigny, U.S.D.J.